RECEIVED
APR 1 8 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD ST. PÉ COMPANY, INC. | CIVIL ACTION NO.: 10-1466 |
| VERSUS | JUDGE DOHERTY |
| AT&T LD, ET AL | MAGISTRATE JUDGE HANNA |

## MEMORANDUM RULING

Currently pending before this Court is a Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56 [Doc. 17], filed on behalf of BellSouth Long Distance, Inc. and BellSouth Telecommunications, Inc., d/b/a/ AT&T Louisiana (and, according to defendants, "incorrectly named in Plaintiff's petition as 'AT&T LD,' 'AT&T Telco,' and 'AT&T Louisiana'"). [Id. at 1]

Defendants seek dismissal of plaintiff's claim against them for "mental anguish, emotional distress and inconvenience" on the basis that "[c]orporations are incapable of experiencing, and are not entitled to damages for, mental anguish, emotional distress and inconvenience under Louisiana law." [Id.] Plaintiff has not opposed the motion.[1] Following a review of the motion for partial summary judgment, as well as the memorandum in support thereof, and further finding the motion appears to be well-founded in law and fact, and as the motion is unopposed by the plaintiff, the motion for partial summary judgment is hereby GRANTED. [Doc. 17]

Accordingly, all claims asserted against defendants for "mental anguish, emotional distress

---

[1] *See e.g.* Doc. 18 ("Any response to said motion is due within **TWENTY-ONE DAYS AFTER SERVICE OF THE MOTION** (see LR 7.5W). OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.)

and inconvenience" are hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___18___ day of April, 2011.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE